# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  PRATT, ROBERT W. | 2. Court or Organization  US DISTRICT COURT - SO IOWA | 3. Date of Report  05/3/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT COURT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

US COURTHOUSE
123 E. WALNUT STREET
DES MOINES, IA 50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | IOWA LEGISLATURE - SALARIED EMPLOYEE |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | K | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 4. MS EMERGING MKTS DOMESTIC DEBT | D | Dividend | L | T | Buy (add'l) | 01/03/14 | J | | |
| 5. MS EMERGING MKTS DOMESTIC DEBTDEBT | A | Dividend | | | Buy (add'l) | 04/15/14 | J | | |
| 6. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 07/15/14 | J | | |
| 7. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 10/15/14 | J | | |
| 8. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS 2500 | A | Interest | | | Redeemed | 07/01/14 | K | | |
| 9. WA STATE CERTIFICATES OF PARTICIPATION SER-B 2000 | A | Interest | | | Redeemed | 08/01/14 | M | | |
| 10. FLORIDA ST BRD ED FL INTL UNIV 3750 | A | Interest | | | Redeemed | 01/01/14 | J | | |
| 11. WALLA WALLA WASH WATER & WASTE 3625 | C | Interest | | | Redeemed | 08/01/14 | M | | |
| 12. POMWAY CALIF UNI SCH DIST SPL TAX 4000 | B | Interest | | | Redeemed | 10/01/14 | K | | |
| 13. SIOUX CITY IOWA CMNTY SCH DIST SCH INFRASTRUCTURE LOC OPT-B | A | Interest | | | Redeemed | 10/01/14 | J | | |
| 14. OGLE & WINNEBAGO CNTYS SCH DIST ZERO | A | Interest | | | Redeemed | 10/01/14 | J | | |
| 15. INDIANAPOLIS GAS UTIL DIST SYS 3500 | A | Interest | K | T | | | | | |
| 16. PUERTO RICO PUB IMPR ZERO | A | Interest | K | T | | | | | |
| 17. STATE UNIV IOWA REC FACS 4000 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WINNEBAGO BOONE ETC CNTYS ILL ZERO | A | Interest | J | T | | | | | |
| 19. SOUTH JEFSEY PORT CORP N 3.000 | A | Interest | K | T | | | | | |
| 20. ANKENY IOWA CMNTY SCH DIST 4.000 | A | Interest | J | T | | | | | |
| 21. OSCEOLA CNTY FL SCH BOARD 3500 | A | Interest | | | Redeemed | 12/15/14 | J | | |
| 22. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS 3000 | B | Interest | K | T | | | | | |
| 23. WYANDOTTE CNTY KANS CITY GOVT OID 3.000 | A | Interest | K | T | | | | | |
| 24. POLK CNTY FLA SCH DIST SALES TAX 3.750 | A | Interest | J | T | | | | | |
| 25. STATE UNIV IOWA UTIL SYS 4000 | B | Interest | K | T | | | | | |
| 26. CLARK CNTY NEV GEN OBLIG 3500 | B | Interest | K | T | | | | | |
| 27. WASHINGTON ST GENL OBLIG MTR VEHICLE FUEL TAX | A | Interest | J | T | | | | | |
| 28. OHIO ST HOSP CLEVE CLINIC 3750 | B | Interest | K | T | | | | | |
| 29. WYLIE CITY TEX COMB TAX REV 4000 | B | Interest | K | T | | | | | |
| 30. AUSTIN TEX UTIL SYS REV 6.6 ZERO COUPON | A | Interest | K | T | | | | | |
| 31. ANKENY IA COMM SCH DIST 4000 | B | Interest | L | T | | | | | |
| 32. BETTENDORF IOWA GNEL OBLIG SER-A | A | Interest | | | Redeemed | 06/02/14 | K | | |
| 33. UNIVERSITY N C CHAPEL HILL REV REF STUDENT FEE UTILS OY 5.45 | A | Interest | K | T | | | | | |
| 34. ST CLAIR CNTY ILL GEN OBLIG ZERO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DELTONA FLA TRANS CAP IMPT 4375 | A | Interest | J | T | | | | | |
| 36. NEW YORK ST MTG AGY HOMEOWNER MTG 1.650 | A | Interest | K | T | | | | | |
| 37. TAMPA FLA UTIL TAX OY 6.15 | A | Interest | J | T | | | | | |
| 38. COVINA CALIF PUB FIN WASTEWATER 3500 | A | Interest | J | T | | | | | |
| 39. CLARK CNTY NEV GEN OBLIG 3500 | B | Interest | K | T | | | | | |
| 40. INDIANAPOLIS IN WATER WORKS 4000 | B | Interest | K | T | | | | | |
| 41. WYLIE CITY TEX COMB TAX REV 4000 | A | Interest | K | T | | | | | |
| 42. NEW YORK N Y CIT HSG DEV 3.300 | A | Interest | K | T | | | | | |
| 43. CLIVE IOWA GENL OBLIG-C 2.000 | A | Interest | K | T | | | | | |
| 44. LONG ISLAND PWR AUTH N Y ELEC SYS 5.81 ZERO COUPON | A | Interest | J | T | | | | | |
| 45. IOWA ST PRISON INFRASTRUCTURE FUND OBLIG 3250 | C | Interest | M | T | | | | | |
| 46. NEVADA STATE HIGHER EDUC 3400 | B | Interest | K | T | | | | | |
| 47. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV-1 | A | Interest | J | T | | | | | |
| 48. COLLEGE CHARLESSTON SC HIGHER ED FACS REV REF-A 2.500 | A | Interest | K | T | | | | | |
| 49. LONG ISLAND PWR AUTH N Y ELEC SYS REV SER A OY 5.83 | A | Interest | K | T | | | | | |
| 50. MARION IOWA URBAN RENWAL A 2.000 | A | Interest | K | T | | | | | |
| 51. HONOLULU HAWAII CITY WASTE ZERO COUPON | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RENO CITY NEVADA GEN OBLIG 4500 | B | Interest | | | Redeemed | 06/02/14 | K | | |
| 53. IOWA FIN AUTH SINGLE FAMILY MTG REV SER-1 | B | Interest | K | T | | | | | |
| 54. CONNECTICUT HSNG FIN AUTH MORTG REV B-1 2.350 | A | Interest | K | T | | | | | |
| 55. FLORIDA HIGHER ED FACS FIN AUTH 2.350 | A | Interest | J | T | | | | | |
| 56. HOUSTON TEX WTR & SWR SYS REV SER A | A | Interest | K | T | | | | | |
| 57. SHELBY CNTY ALA BRD 4.125 | A | Interest | J | T | | | | | |
| 58. WALKER CNTY ALA BRD ED -A 3.000 | A | Interest | K | T | | | | | |
| 59. ORANGE BEACH ALA WTR SWR & FIRE 2.250 | A | Interest | K | T | | | | | |
| 60. DAVENPORT IOWA 3.000 | A | Interest | L | T | | | | | |
| 61. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | | | Redeemed | 07/01/14 | J | | |
| 62. FLORIDA ST DEPT ENVIRONMENTAL PROTN PRES 5000 | C | Interest | L | T | | | | | |
| 63. WATERLOO IOWA COMNTY SCH DIST SCH INFRAS SALES & SVCS REV | B | Interest | K | T | | | | | |
| 64. VRGINIA ST RES AUTH WTR & SWR 5.06 ZERO COUPON | A | Interest | J | T | | | | | |
| 65. CONNECTICUT HSN FIN AUTH MORT REV B-1 2.700 | A | Interest | K | T | | | | | |
| 66. MISSOURI ST HEALTH & EDL FACS AUTH 3.000 | A | Interest | K | T | | | | | |
| 67. HAMILTON CNTY OHIO SALES TAX 5.75 ZERO COUPON | A | Interest | J | T | | | | | |
| 68. VIRGINIA ST HSG DEV AUTH COMWL 2.000 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CARSON CITY NEV CAP IMPT REF A 3.000 | A | Interest | K | T | | | | | |
| 70. CLARK CNTY NEV SCH DIST SER A 3.000 | B | Interest | L | T | | | | | |
| 71. PIMA COUNTY ARIZ GENERAL OBLIG 2.500 | B | Interest | L | T | | | | | |
| 72. METRO ARPTS - B BE 0000 | A | Interest | K | T | Buy | 06/24/14 | K | | |
| 73. CLARK CNTY NEV BOND BK 5000 | C | Interest | L | T | | | | | |
| 74. HOUSTON TEX WTR & SWR SYS REV SER A (25,000) | A | Interest | K | T | | | | | |
| 75. HOUSTON TEX WTR & SWR SYS REV SER A (5,000) | A | Interest | J | T | | | | | |
| 76. NORTHBROOK ILL GENL OBLIG SER 1 3.000 | A | Interest | K | T | | | | | |
| 77. POWSHIEK IOWA WTR ASSN WTR REV | B | Interest | K | T | | | | | |
| 78. LOUDOUN CNTY VA INDL DEV AUTH PUB SAFETY 2.000 | A | Interest | K | T | | | | | |
| 79. DAVENPORT IOWA COPR REF-A 3.000 | B | Interest | L | T | | | | | |
| 80. CLARK CNTY NEV SCH DIST BLDG-B 3.000 | A | Interest | J | T | | | | | |
| 81. SHARON MASS MUN PURP LN 2.500 | B | Interest | K | T | | | | | |
| 82. PIMA COUNTY ARIZ GENERAL OBLIGATION 3.000 | B | Interest | L | T | | | | | |
| 83. KINGSPORT TENN BE 2000 | A | Interest | K | T | Buy | 11/03/14 | L | | |
| 84. ALASKA ST INTL ARPTS SYS 5000 | A | Interest | | | Redeemed | 06/18/14 | J | | |
| 85. DES MOINES IOWA WTR REV REF B 3.000 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV SENIOR A1 | C | Interest | K | T | | | | | |
| 87. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV-1 | A | Interest | J | T | | | | | |
| 88. JANESVILLE WI GENL BE 2000 | A | Interest | J | T | Buy | 09/10/14 | J | | |
| 89. ALASKA MUN BND BK SER-1 4500 | B | Interest | K | T | | | | | |
| 90. COLLIER CNTY FLA GAS TAX REV 3.000 | A | Interest | K | T | | | | | |
| 91. STATE UNIV IOWA ATHLETIC FACS REV 3000 | B | Interest | L | T | | | | | |
| 92. MONTGOMERY CO MD HSG OPP 3.050 | B | Interest | K | T | | | | | |
| 93. AMES IOWA CMNTY SCH DIST 3.750 | B | Interest | L | T | | | | | |
| 94. JEA FLA WTR & SWR SYS SUB 3.75 | C | Interest | M | T | | | | | |
| 95. BROOKHAVEN NY PUB IMPT-B 2250 | A | Interest | L | T | Buy | 06/26/14 | K | | |
| 96. TENNESSEE ENERGY ACQUISITION CORP GAS REV 5000 | B | Interest | K | T | | | | | |
| 97. AMES IOWA CMNTY SCH DIST 3.000 (25,000) | A | Interest | K | T | | | | | |
| 98. AMES IOWA CMNTY SCH DIST 3.000 (25,000) | A | Interest | K | T | | | | | |
| 99. LINCOLN CNTY KY SCH DIST FIN BE 2375 | A | Interest | K | T | Buy | 09/10/14 | K | | |
| 100. ARLINGTON TEX FOR ISSUES DATED BE 2375 | A | Interest | L | T | Buy | 06/26/14 | L | | |
| 101. GRAND FORKS N D WTR BE 2375 | A | Interest | J | T | Buy | 04/30/14 | J | | |
| 102. TRUMBULL CONN GENLT OBLIG 2.500% | A | Interest | J | T | Buy | 09/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FSU FINL ASSISTANCE INC FLA BE 3125 | A | Interest | J | T | Buy | 04/30/14 | J | | |
| 104. HILLSBOROUGH CNTY FLA CMNTY INVT TAX BE 3000 | A | Interest | J | T | Buy | 04/30/14 | J | | |
| 105. RUSHFORD MINN BE 2400 | A | Interest | K | T | Buy | 09/10/14 | K | | |
| 106. ABERDENN TWP N J BE 3000 | A | Interest | J | T | Buy | 04/29/14 | J | | |
| 107. CITY OF HOUSTON TX OMBINED UTIL BE 3000 | A | Interest | J | T | Buy | 04/29/14 | J | | |
| 108. NEW YORK STATE HSG FIN AGY BE 3100 | A | Interest | K | T | Buy | 07/25/14 | K | | |
| 109. FLOWER MOUND TX BE 3000 | A | Interest | K | T | Buy | 07/25/14 | K | | |
| 110. MAINE ST TPK AUTH SPL BE 3250 | A | Interest | K | T | Buy | 07/25/14 | K | | |
| 111. UNIVERSITY WASH UNIV REV 4500 | B | Interest | K | T | | | | | |
| 112. SOUTHEAST POLK IOWA CMNTY SCH DIST REV | A | Interest | J | T | | | | | |
| 113. COLUMBUS OHIO SWR REV 4500 | B | Interest | L | T | | | | | |
| 114. IOWA ST SPL OBLIG | B | Interest | K | T | | | | | |
| 115. IOWA ST UNIV ACADEMIC BLDG 4375 | D | Interest | M | T | | | | | |
| 116. DOW CHEMICAL COMPANY | A | Interest | K | T | | | | | |
| 117. GE CAP BK CD SALE LAKE CITY 2.200 | A | Interest | K | T | | | | | |
| 118. RHODE ISLAND H BE 1150 | A | Interest | K | T | | | | | |
| 119. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MS MARKET LINKED NOTE DJIA | A | Interest | K | T | Buy | 01/14/14 | K | | |
| 121. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 122. STATE UNIV IOWA UNIV REV 3.000 | A | Interest | K | T | | | | | |
| 123. MS ERMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | | | | | |
| 124. DB CAPITAL FUNFING X 7350 | A | Dividend | | | Redeemed | 03/17/14 | J | | |
| 125. MS HYBRID PARTICIPATION COMMODITY COUPON | A | Interest | | | Redeemed | 07/01/14 | J | | |
| 126. HEWLETT-PACKARD CO 1.794 | A | Interest | | | Redeemed | 09/09/14 | K | | |
| 127. SOUTHWEST AIRLINES CO 5250 | B | Interest | | | Redeemed | 10/01/14 | K | | |
| 128. INTL PAPER CO 5250 | A | Interest | K | T | | | | | |
| 129. PROLOGIS TRUST 5625 | A | Interest | | | Redeemed | 06/16/14 | J | | |
| 130. SOUTHWEST AIRLINES CO 5750 | A | Interest | J | T | | | | | |
| 131. GMAC 7375 | B | Interest | | | Redeemed | 03/14/14 | K | | |
| 132. WELLS FARGO CAPITAL XII 7875 | A | Interest | | | Redeemed | 04/30/14 | J | | |
| 133. WESTERN ASSET HIGH YIELD (HYI) | B | Dividend | K | T | Buy (add'l) | 01/01/14 | J | | |
| 134. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 135. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 02/28/14 | J | | |
| 136. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 03/02/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 04/25/14 | J | | |
| 138. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 05/26/14 | J | | |
| 139. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 06/27/14 | J | | |
| 140. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 07/25/14 | J | | |
| 141. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 08/29/14 | J | | |
| 142. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 143. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 10/31/14 | J | | |
| 144. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 11/28/14 | J | | |
| 145. WESTERN ASSET HIGH YIELD (HYI) | | | | | Buy (add'l) | 12/26/14 | J | | |
| 146. TRANS-CANADA PIPELINES 6.350% FIXED | A | Interest | J | T | | | | | |
| 147. HCP INC 3750 | A | Interest | K | T | | | | | |
| 148. DOW CHEMICAL CO/THE 2500 | B | Interest | L | T | | | | | |
| 149. HEWLETT PACKARD CO 2650 | A | Interest | K | T | | | | | |
| 150. CENTURYLINK INC 5150 | B | Interest | K | T | | | | | |
| 151. DUN & BRADSTREET CORP 3.250 | A | Interest | K | T | | | | | |
| 152. MURPHY OIL CORP 2.500 | A | Interest | K | T | | | | | |
| 153. STAPLES INC 2.750 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CLIFFS NATURAL RESOURCES 3.950 | A | Interest | J | T | | | | | |
| 155. ASSURANT INC 2.500 | A | Interest | K | T | | | | | |
| 156. PITNEY BOWES INC 4750 | A | Interest | K | T | | | | | |
| 157. DOW CHEMICAL COMPANY 2.250% | A | Interest | K | T | Buy | 06/26/14 | K | | |
| 158. MORGAN STANLEY 2.375 | A | Interest | K | T | Buy | 09/24/14 | K | | |
| 159. ASTRAZENECA PLC | A | Interest | J | T | | | | | |
| 160. DOW CHEMICAL COMPANY 2.550 | A | Interest | K | T | Buy | 11/04/14 | K | | |
| 161. MORGAN STANLEY 5000 | A | Interest | J | T | | | | | |
| 162. COMPUTER SCIENCE 6500 | A | Interest | J | T | | | | | |
| 163. MORGAN STANLEY 2.125 | A | Interest | K | T | | | | | |
| 164. BEST BUY CO INC 3750 | A | Interest | J | T | | | | | |
| 165. GENERAL ELECRTIC CAPITAL CORP 2.100 | A | Interest | J | T | | | | | |
| 166. TEVA PHARMA FIN IV LLC 3.1250 | A | Interest | J | T | | | | | |
| 167. GECC 1500 | A | Interest | L | T | | | | | |
| 168. SAFEWAY INC 3950 | B | Interest | K | T | | | | | |
| 169. ALLERGAN, INC. 3.375 | A | Interest | K | T | Buy | 06/19/14 | K | | |
| 170. ALCOA INC 5.4000 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FORD MOTOR CREDIT COMPANY, LLC | A | Interest | K | T | Buy | 06/26/14 | K | | |
| 172. HJ HEINZ CO 3.125 | A | Interest | J | T | | | | | |
| 173. ICAHN ENTERPRISES FIN 5.875 | B | Interest | K | T | Buy | 03/25/14 | K | | |
| 174. BMC SOFTWARE INC 4.250 | A | Interest | J | T | | | | | |
| 175. NEWMONT MINING CORP 3.500 | A | Interest | J | T | | | | | |
| 176. MURPHY OIL CORP 3.700 | A | Interest | J | T | | | | | |
| 177. AVON PRODUCTS INC 4600 | B | Interest | K | T | | | | | |
| 178. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 179. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 180. ABBOTT LABORATORIES | A | Dividend | K | T | | | | | |
| 181. ABBVIE INC COM (ABBV) | A | Dividend | K | T | | | | | |
| 182. ALCOA INC (AA) | A | Dividend | K | T | | | | | |
| 183. ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 184. AT&T INC | B | Dividend | K | T | | | | | |
| 185. BOEING CO | A | Dividend | K | T | | | | | |
| 186. CISCO SYSTEMS (CSCO) | A | Dividend | J | T | | | | | |
| 187. COCA COLA CO | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 189. ISHARES S&P 100 INDEX FD | A | Dividend | K | T | | | | | |
| 190. JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 191. PHILIP MORRIS INTL INC (PM) | A | Dividend | J | T | | | | | |
| 192. PROCTOR & GAMBLE | A | Dividend | K | T | | | | | |
| 193. W.P. CAREY INC COM (WPC) | A | Dividend | K | T | Buy | 07/01/14 | J | | |
| 194. W.P. CAREY INC COM (WPC) | | | | | Buy (add'l) | 07/25/14 | J | | |
| 195. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | M | T | | | | | |
| 196. AEGON NV 7250 | B | Dividend | | | Redeemed | 06/16/14 | K | | |
| 197. ML PFD CAPITAL TRUST III 7375 | A | Interest | J | T | | | | | |
| 198. INTEL CORP | A | Dividend | K | T | | | | | |
| 199. PEPSICO INC NC (PEP) | B | Dividend | K | T | | | | | |
| 200. APPLE, INC. | A | Dividend | K | T | | | | | |
| 201. INTL BUSINESS MACHINES CORP | A | Dividend | | | Sold | 12/18/14 | K | | |
| 202. MORGAN STANLEY DEAN WITTER IRA #3: | | | | | | | | | |
| 203. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | Buy (add'l) | 12/17/14 | J | | |
| 204. WALGREEN CO | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 206. PITNEY BOWES INC 4750 | A | Interest | J | T | | | | | |
| 207. GOLDMAN SACHS GRO 3625 | A | Interest | J | T | | | | | |
| 208. MORGAN STANLEY DEAN WITTER IRA #4: | | | | | | | | | |
| 209. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 210. ISHARES RUSSELL 1000 GR INDEX | A | Dividend | J | T | Sold (part) | 04/11/14 | J | | |
| 211. ISHARES RUSSELL 1000 GR INDEX | | | | | Buy (add'l) | 08/15/14 | J | | |
| 212. ISHARES RUSSELL 1000 VALUE IDX | A | Dividend | J | T | Buy (add'l) | 04/11/14 | J | | |
| 213. ISHARES RUSSELL 1000 VALUE IDX | | | | | Sold (part) | 08/15/14 | J | | |
| 214. VANGUARD FTSE DEV MKTS (VEA) | A | Dividend | K | T | Buy (add'l) | 04/11/14 | J | | |
| 215. VANGUARD FTSE DEV MKTS (VEA)) | | | | | Buy (add'l) | 08/15/14 | J | | |
| 216. ISHARES 2000 VALUE FD | A | Dividend | J | T | Buy (add'l) | 04/11/14 | J | | |
| 217. ISHARES 2000 VALUE FD | | | | | Sold (part) | 08/15/14 | J | | |
| 218. ISHARES RUSSELL 2000 GROWTH | A | Dividend | J | T | Sold (part) | 04/11/14 | J | | |
| 219. ISHARES RUSSELL 2000 GROWTH | | | | | Buy (add'l) | 08/15/14 | J | | |
| 220. ISHARES RUSSELL MIDCAP G IN | A | Dividend | J | T | Sold (part) | 04/11/14 | J | | |
| 221. ISHARES RUSSELL MIDCAP G IN | | | | | Buy (add'l) | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ISHARES RUSSELL MIDCAP V IN | A | Dividend | J | T | Sold (part) | 08/15/14 | J | | |
| 223. ISHARES RUSSELL MIDCAP V IN | | | | | Buy (add'l) | 04/11/14 | J | | |
| 224. VANGUARD MSCI EMERGING MKTS | A | Dividend | J | T | Buy (add'l) | 04/11/14 | J | | |
| 225. VANGUARD MSCI EMERGING MKTS | | | | | Buy (add'l) | 08/15/14 | J | | |
| 226. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/3/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ROBERT W. PRATT**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544